IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRA HAMMONS**                                                                           **PLAINTIFF**

v.                              **CASE NO. 4:16-CV-00720 BSM**

**DYNAMIC RECOVERY SOLUTIONS LLC**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on March 8, 2017 [Doc. No. 8], judgment is entered in favor of plaintiff Terra Hammons against defendant Dynamic Recovery Solutions in the amount of $3,925, and this case is dismissed.

IT IS SO ORDERED this 17th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE